

# NUMBER 13-19-00585-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ONTARIO PRODUCE, LLC FORMERLY
KNOWN AS PROGRESO PARTNERS,
LLC D/B/A ONTARIO PRODUCE
COMPANY, DAVID M. MELINA, AND
WILLIAM LOCANTRO,                                            Appellants,

v.

JAMES THOMAS WHITLOCK,                                       Appellee.

On appeal from the 92nd District Court
of Hidalgo County, Texas.

# ORDER TO FILE APPELLEE'S BRIEF

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Order Per Curiam**

This cause is before the Court on appellee's third motion for extension of time to

file the brief. Appellee's brief was originally due to be filed on April 1, 2020, and the Court

previously granted appellee two extensions for the filing of appellee's brief in this cause.

The Court, having fully examined and considered appellee's third motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion exigent circumstances exist, and in the interest of justice, appellee's third motion for extension of time to file the brief should be granted. Accordingly, appellee's third motion for extension of time to file brief is GRANTED. The Court looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

IT IS THEREFORE ORDERED that the Honorable David Casso, counsel for appellee, file the appellate brief with this Court on or before January 20, 2021. No further motions to extend will be entertained.

PER CURIAM

Delivered and filed the
18th day of December, 2020.